1
2
3
4
5
6
7
8
9       **IN THE UNITED STATES DISTRICT COURT**
10      **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
11
12
13      JOSE MARIA VALENCIA,                    Case No. CV 16-4074 AB (MRW)

14                          Petitioner,

15              v.                              ORDER ACCEPTING FINDINGS
                                                AND RECOMMENDATIONS OF
16      W. L. MONTGOMERY,                       UNITED STATES MAGISTRATE
                                                JUDGE
17                          Respondent.
18
19
20              Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on

21      file, and the Report and Recommendation of the United States Magistrate Judge.

22      Further, the Court engaged in a <u>de novo</u> review of those portions of the Report to

23      which Petitioner objected.  The Court accepts the findings and recommendation of

24      the Magistrate Judge.

25
26
27
28

IT IS ORDERED that Judgment be entered denying the petition and dismissing this action with prejudice.

DATE: September 8, 2017

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE