# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MARIA VALENCIA,<br><br>Petitioner,<br><br>v.<br><br>W. L. MONTGOMERY,<br><br>Respondent. | Case No. CV 16-4074 AB (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: September 8, 2017  _____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE